UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ERIC BRITTEN,

Petitioner,

v.

DAVID CRIST, Warden,

Respondent.

Civil No. 00-941 (ADM/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus which challenges his Hennepin County conviction of March 4, 1998 –

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall include copies of all written materials from prior state court proceedings that are relevant to the issues raised in the application. Respondent shall also state its position on the issue of whether each of petitioner's present constitutional claims (if any) has been fairly presented to, and decided on the merits by, the highest available Minnesota state court, and, if not, whether any claims that have not been fairly presented could still be raised and adjudicated in the State courts.

Dated: April 17, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED APR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK