# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric Britten

Plaintiff

v.

David Crist

Defendants

Case No. Civil 00-941 ADM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted in its entirety. Petitioner's petition for writ of habeas corpus is denied and this matter is dismissed with prejudice.

DATE: JANUARY 19, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk